IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07-CV-00408-FDW
(3:01-CR-185-FDW-1)

| | |
|---|---|
| LINWOOD GERALD KEENY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

THIS MATTER comes now before the Court sua sponte regarding the Government's filing of an affidavit by Assistant United States Attorney Karen S. Marston (Doc. No. 5). According to Rule 7(c) of the Rules Governing Section 2255 Proceedings, the Court must now afford Petitioner "an opportunity to admit or deny [the] correctness" of this affidavit. Therefore, the Court will afford Petitioner fourteen (14) days from this Order, on or before **November 19, 2007**, to admit or deny the correctness of the Government's affidavit.

IT IS SO ORDERED.

Signed: November 5, 2007

Frank D. Whitney
United States District Judge